Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Crowell Law
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DISTRICT

| | |
|---|---|
| **ADAM MATOT**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**DOES 1-5**<br><br>　　　　　Defendants. | Case No.: 6:13-cv-0153-TC<br><br>PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY; MEMORANDUM OF LAW<br><br>EXPEDITED HEARING REQUESTED |

### PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITED DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26 and 45, plaintiff hereby moves this Court *ex parte* for an Order permitting plaintiff to take additional limited discovery prior to the Rule 26(f) conference for the reasons stated in his accompanying Memorandum of Law filed herewith. This request is for discovery in addition to that granted by the court in the order of February 4, 2013. Doc. 4. Plaintiff requests a hearing on this matter on an expedited basis.

　　DATED: Feb 10, 2013.

　　　　　　　　　　　　　　　　　　　　*/s/ Carl D. Crowell*
　　　　　　　　　　　　　　　　　　　　Carl D. Crowell, OSB No. 982049
　　　　　　　　　　　　　　　　　　　　email: crowell@kite.com
　　　　　　　　　　　　　　　　　　　　Crowell Law
　　　　　　　　　　　　　　　　　　　　P.O. Box 923
　　　　　　　　　　　　　　　　　　　　Salem, OR 97308
　　　　　　　　　　　　　　　　　　　　(503) 581-1240