Joseph D. Smith, OSB No. 111418
email: joe@salemlegalteam.com
Castillo Wren Smith, P.C.
1305 Cannon Street SE
Salem, OR 97302
(503) 371-4444
Or Attorneys for Defendant/Gary Hill

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ADAM MATOT,<br><br>    Plaintiff,<br><br>v.<br><br>CH, a minor; BRITTANY FREESE a/k/a BRITTANY HILL, parent of minor CH: GARY HILL, parent of minor CH; and DOES 1 and 2,<br><br>    Defendants. | Case No.: 6:13-cv-00153-TC<br><br>**DEFENDANT GARY HILL'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**DEFENDANT'S MOTION TO DISMISS**

1.     Defendant, Gary Hill, by and through his counsel, moves to dismiss Plaintiff's First Amended Complaint filed on June 18, 2013 for lack of subject matter jurisdiction pursuant to the Federal Rules of Civil Procedure 12(b)(1). The parties made a good faith effort through personal or telephone conferences to resolve the dispute and have been unable to do so.

2.     Attached in support of this motion is a memorandum of law.

3.      WHEREFORE, Defendant request the Court enter an order dismissing Plaintiff's First Amended Complaint.

DATED this 11th day of July, 2013.

                Respectfully submitted

                /s/ Joseph D. Smith_____
                Joseph D. Smith, OSB No. 111418
                email: joe@salemlegalteam.com
                Castillo Wren Smith, P.C.
                1305 Cannon Street SE
                Salem, OR 97302
                Of Attorney's for Defendant/Gary Hill

## CERTIFICATE OF SERVICE

I certify that on July 11, 2012, I served DEFENDANT GARY HILL'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE and DEFENDANT GARY HILL'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE on the following parties through their attorney via the Court's CM/ECF filing system:

    Carl D. Crowell
    Attorney for Adam Matot
    Crowell Law
    P.O. Box 923
    Salem, OR 97308

                /s/ Joseph D. Smith_____
                Joseph D. Smith, OSB No. 111418
                Castillo Wren Smith, P.C.