Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADAM MATOT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CH, a minor; BRITTANY FREESE a/k/a BRITTANY HILL, parent of minor CH: GARY HILL, parent of minor CH; and DOES 1 and 2,<br><br>　　　　Defendants. | Case No.: 6:13-cv-0153-TC<br><br>DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

Under penalty of perjury, I, Carl D. Crowell, hereby state as follows:

1. I am an attorney admitted to practice in Oregon and plaintiff's counsel in this matter.

2. All matters in this declaration are submitted through personal knowledge and belief.

3. This declaration is in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

    Exhibit 1 is a true and correct copy of the Facebook page created by defendants using a

    fraudulent and unauthorized Facebook account. Exhibit 1 has been heavily redacted to block

    the identity and images of the seventy (70+) "friends" who are largely believed to be other

Case 6:13-cv-00153-TC    Document 16    Filed 07/23/13    Page 2 of 2    Page ID#: 59

middle school students.  On page 2 of Exhibit 1, the phrase "I FUCKED A MONKEY" is written below an image of the plaintiff, presented as being attributed to plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 23, 2013.

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
(503) 581-1240
Of attorneys for the plaintiff