BILLY M. SIME, OSB NO. #823932
E-mail address: bsime@pbswlaw.com
PARKS, BAUER, SIME, WINKLER & FERNETY
570 Liberty Street SE, Suite 200
Salem, Oregon 97301
Telephone: (503) 371-3502
Facsimile: (503) 371-0429
Of Attorneys for Defendant Doe 2

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADAM MATOT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CH, a minor; BRITTANY FREESE a/k/a BRITTANY HILL, parent of minor CH; GARY HILL, parent of minor CH; and DOES 1 and 2,<br><br>　　　　　　Defendants. | Civil No. 6:13-cv-00153-TC<br><br>DEFENDANT DOE 2'S MOTION TO FILE DOCUMENTS UNDER SEAL |

Doe 2 moves the Court for an Order authorizing Doe 2 to file documents under seal.

Doe 2 moves the Court for a further Order that the following persons are authorized to review, copy, photograph and/or inspect the sealed materials:

　(1)　the attorney for plaintiff Adam Matot;

　(2)　the attorney for defendant CH, a minor, defendant Brittany Freese a/k/a Brittany Hill and defendant Gary Hill; and

　(3)　the attorney for Doe 2.

Page 1 – **DEFENDANT DOE 2'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Doe 2 moves the Court for a further Order instructing the clerk that the documents submitted under seal be excluded from the electronic docket as well as the public case file.

This motion is made pursuant to LR 3-8, and it is supported by the Affidavit of Billy M. Sime submitted herewith.

Dated this 31st day of July, 2013.

Respectfully submitted,

By: /s/ Billy M Sime
Billy M. Sime
Parks, Bauer, Sime, Winkler & Fernety LLP
OSB# 823932
(503) 371-3502
bsime@pbswlaw.com
Of Attorneys for Defendant Doe 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2013, I served the foregoing DEFENDANT DOE 2'S MOTION TO FILE DOCUMENTS UNDER SEAL on the following parties at the following addresses:

Carl D. Crowell
Attorney at Law
Crowell Law
PO Box 923
Salem OR 9708
crowell@kite.com
    Of Attorneys for Plaintiff Adam Matot

Joseph D. Smith
Castillo Wren Smith PC
1305 Cannon St SE
Salem OR 97302
joe@salemlegalteam.com
    Of Attorneys for Defendant/Gary Hill

by electronic means through the Court's Case Management/Electronic Case File system.

                    /s/ Billy M. Sime
                    Billy M. Sime, OSB No. 823932
                    Of Attorneys for Defendant Doe 2
                    Parks Bauer Sime Winkler & Fernety LLP
                    570 Liberty St SE, Suite 200
                    Salem OR 97301
                    (503) 371-3502; Fax (503) 371-0429
                    bsime@pbswlaw.com