BILLY M. SIME, OSB NO. #823932
E-mail address: bsime@pbswlaw.com
PARKS, BAUER, SIME, WINKLER & FERNETY
570 Liberty Street SE, Suite 200
Salem, Oregon 97301
Telephone: (503) 371-3502
Facsimile: (503) 371-0429
Of Attorneys for Defendant S.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADAM MATOT,<br><br>           Plaintiff,<br><br>    v.<br><br>CH, a minor; BRITTANY FREESE a/k/a BRITTANY HILL, parent of minor CH; GARY HILL, parent of minor CH; and DOES 1 and 2,<br><br>           Defendants. | Civil No. 6:13-cv-00153-TC<br><br>UNOPPOSED MOTION FOR ENTRY OF A LIMITED JUDGMENT AND INJUNCTION AS TO DEFENDANT S.A. |

      Defendant S.A. moves the court for entry of the attached Stipulated Limited Judgment and Injunction.

      Plaintiff and defendant S.A. have settled the above case and have entered into a Settlement Agreement.  One of the terms of the Settlement Agreement is that all of the claims in the First Amended Complaint against S.A. be dismissed with prejudice and without attorney fees or costs, except the claim for an injunction.  Another term of the Settlement Agreement is that plaintiff and S.A. stipulate to the entry of a Limited Judgment enjoining S.A. from participating in or posting any materials on any social

media site for a period of three months, provided that S.A. is not enjoined from sending or receiving e-mail or using the Internet outside of social network sites for school work or communications with family members.

Attached hereto is a Stipulated Limited Judgment and Injunction as to defendant S.A. signed by the attorney for plaintiff and the attorney for S.A.

Dated this 19th day of August, 2013.

Respectfully submitted,

By: /s/ Billy M. Sime
Billy M. Sime
Parks, Bauer, Sime, Winkler & Fernety LLP
OSB# 823932
(503) 371-3502
bsime@pbswlaw.com
Of Attorneys for Defendant S.A.