UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ADAM MATOT,

6:13-cv-153-TC

Plaintiff,

FINDINGS & RECOMMENDATION

v.

CH, a minor; BRITTANY FREESE a/k/a
BRITTANY HILL, parent of minor CH;
GARY HILL, parent of minor CH; S.A. a
minor; and DOE 1,

Defendants.

COFFIN, Magistrate Judge:

The court recently recommended dismissal of this action pursuant to a motion filed by defendant Gary Hill. On the same day that the court issued its recommendation, defendant S.A. moved for entry of a limited judgment. Among other things, defendant and plaintiff stipulate that jurisdiction exists and agree to an injunction enjoining S.A. from using any social media site. While the parties are free to settle the issues between them however they wish, the court lacks subject matter jurisdiction over this case as noted in the recommendation issued on August 19, 2013. Accordingly, the court is without jurisdiction to enter the relief requested.

Page 1 - FINDINGS & RECOMMENDATION

## CONCLUSION

For the reasons stated above, the unopposed motion for entry of a limited judgment and injunction as to defendant S.A. (#25) should be denied for lack of subject matter jurisdiction.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment or appealable order. The parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the court. Thereafter, the parties shall have fourteen (14) days within which to file a response to the objections. Failure to timely file objections to any factual determination of the Magistrate Judge will be considered as a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to this recommendation.

DATED this 21 day of August, 2013.

THOMAS M. COFFIN
United States Magistrate Judge